1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O/JS-6/ENTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KAREN R. WILLIAMS,                  )  Case No. ED CV 14-1161 JCG
   Plaintiff,                   )
   v.                             )  **JUDGMENT**
CAROLYN W. COLVIN,                  )
COMMISSIONER OF SOCIAL              )
SECURITY ADMINISTRATION,           )
   Defendant.                   )
_____ )

   IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

Dated:  March 27, 2015

_____
     Hon. Jay C. Gandhi
    United States Magistrate Judge